# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LORI PEREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>　　　　Defendant. | Case No. 2:22-cv-01505-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 16, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: December 2, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge