UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LORI PEREZ,

    Plaintiff,

v.

WALMART, INC., et al,

    Defendants.

Case No. 2:22-cv-01505-JCM-NJK

**ORDER**

[Docket No. 11]

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 11. It is unclear whether the parties seek a discovery cutoff date of February 18, 2023, or May 4, 2023.[1] *See id.* at 2.

Accordingly, the proposed discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by December 27, 2022. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case. Otherwise, the parties must include the default deadlines, properly calculated from the date of Defendant's answer or first appearance.

IT IS SO ORDERED.

Dated: December 19, 2022

Nancy J. Koppe
United States Magistrate Judge

---

[1] The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Here, however, one of the discovery periods the parties seek is a 234-day period based on the parties self-imposed delay in conducting discovery. *See* Docket No. 11 at 2. Whether a case proceeds in federal court or state court, discovery is required. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. Here, however, the parties have made no showing at all beyond their failure to diligently prosecute this case.