**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*
*Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORI PEREZ, an individual, | Case No.: 2:22-cv-01505-JCM-NJK |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| vs. | |
| WALMART, INC. D/B/A WALMART SUPERCENTER STORE #2593, a foreign corporation; DOE Individuals 1-10; DOE Employees 11-20; and ROE Corporations 21-30, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, LORI PEREZ, and Defendant, WALMART, INC. D/B/A WALMART SUPERCENTER STORE #2593, by and through its respective counsel of record, that the claims asserted by Plaintiff, LORI PEREZ, against Defendant, WALMART, INC. D/B/A WALMART SUPERCENTER STORE #2593, be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

1                                                                KB/20147-54

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this __ day of July, 2024.

**HALL & EVANS, LLC.**

KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*
*Walmart Inc.*

DATED this 1⟨ day of July, 2024.

**COGBURN INJURY LAW**

/s/
KRISTIN H. COGBURN, ESQ.
Nevada Bar No. 8271
2980 Sunridge Heights Parkway, Suite 100
Henderson, Nevada 89052
(725) 222-4357
*Attorneys for Plaintiff*

<u>**ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**</u>

**IT IS SO ORDERED** September 16, 2024.

_____

Respectfully submitted by:

HALL & EVANS, LLC.

/s/
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendant*

KB/20147-54